RECEIVED

JAN - 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTOFHER DAMARKUS TEZENO | CIVIL ACTION 16-00231 |
| VS. | SECTION P |
| | JUDGE REBECCA DOHERTY |
| SHERIFFS DEPT. OF EVANGELINE PARISH, ET AL | MAGISTRATE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED** pursuant to FRCP Rule 41(b).

THUS DONE AND SIGNED, in chambers, Lafayette, Louisiana, on this __4__ day of __January__, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE